No. 536. CHARLES WAXMAN *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles Waxman, pro se. Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 538. AETNA LIFE INSURANCE COMPANY *v.* HERMINA BUNDSCHO. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles Y. Freeman* for petitioner. *Messrs. George I. Haight, Edmund D. Adcock,* and *T. W. Bramhall* for respondent.

No. 541. FRANK MCGARRY ET AL. *v.* JOHN J. LENTZ ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Smith W. Bennett* and *Arthur I. Vorys* for petitioners. *Messrs. J. D. Karns* and *Henry A. Williams* for respondents.

No. 543. SCOTT M. ATKIN *v.* NATHAN H. BAIER ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William M. Toomer* and *George P. Garrett* for petitioner. *Mr. Halsted L. Ritter* for respondents.

No. 544. UNITED STATES *v.* MAY MCKINNEY ET AL., EXECUTORS, ETC. October 25, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Alexander H. McCormick* for the United States. *Messrs. Harry H. Simmes* and *W. Clyde Jones* for respondents.